PROB 22

# FILED

**TRANSFER OF JURISDICTION** MAY 15 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

| | | |
|---|---|---|
| **DOCKET NUMBER** *(Tran. Court)* | | |
| 2:01CR00512-01 | | |
| **DOCKET NUMBER** *(Rec. Court)* | | |

CR 08 0312

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Robert Franklin WHITEAKER
San Francisco, California

I herby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By _____
Deputy Clerk
Dated 5-20-08

| **DISTRICT** | **DIVISION** |
|---|---|
| Eastern District of California | Northern |

| **NAME OF SENTENCING JUDGE** |
|---|
| Morrison C. England United States District Judge |

| **DATES OF PROBATION/ SUPERVISED RELEASE:** | **FROM** | **TO** |
|---|---|---|
| | 01/10/2008 | 01/09/2011 |

**OFFENSE**
21 USC 841(a)(1) - Manufacturing Marijuana
26 USC 5861(d) - Possession of an Unregistered Short-Barreled Shotgun

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4. 14-08
*Date*

_____
*United States District Judge*

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5-5-08
*Effective Date*

_____
*United States District Judge*

CC: United States Attorney
FLU Unit-United States Attorney's Office
Fiscal Clerk-Clerk's Office

1  JOHN K. VINCENT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-27oo

**FILED**

**NOV 2 8 2001**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

5    I herby certify that the annexed
   instrument is a true and correct copy of
6  the original on file in my office.
   ATTEST: **VICTORIA C. MINOR**
7  Clerk, U. S. District Court
   Eastern District of California
8  By_____
              Deputy Clerk
9  Dated_____

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CR S    **CR.S- 0 1 · 0 5 1 2 DFL**
                                     )
12              Plaintiff,           )  VIOLATIONS: 21 U.S.C. §§ 846,
                                     )  841(a)(1) - Conspiracy to
13        v.                         )  Manufacture Marijuana; 21 U.S.C.
                                     )  § 841(a)(1) and 18 U.S.C.
14  ROBERT FRANKLIN WHITEAKER, and   )  § 2 - Manufacturing of Marijuana
    SHAWNA ROCHELLE WHITEAKER,       )  and Aiding and Abetting; 18 U.S.C.
15                                   )  § 924(c)(1) - Possession of a
               Defendants.          )  Firearm in Furtherance of a Drug
16                                   )  Trafficking Crime; 26 U.S.C.
                                     )  § 5861(d) - Possession of a Short-
17  _____ )  Barreled Shotgun

18                    I N D I C T M E N T

19  COUNT ONE:    [21 U.S.C. §§ 846 and 841(a)(1)- Conspiracy to
                  Manufacture Marijuana]
20
         The Grand Jury charges:  T H A T
21
                  ROBERT FRANKLIN WHITEAKER, and
22                  SHAWNA ROCHELLE WHITEAKER,

23  defendants herein, beginning at a date unknown to the Grand Jury,

24  and continuing to on or about May 10, 1999, in the County of

25  Sacramento, State and Eastern District of California, and elsewhere,

26  did knowingly and intentionally conspire with each other, and with

27  others unknown to the Grand Jury, to manufacture at least 100

28  marijuana plants, a Schedule I controlled substance, in violation of

                            1

1  Title 21, United States Code, Sections 846 and 841(a)(1).

2  COUNT TWO:      [21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 -
                   Manufacturing of Marijuana and Aiding and Abetting]

3      The Grand Jury further charges:  T H A T

4
                        ROBERT FRANKLIN WHITEAKER, and
5                          SHAWNA ROCHELLE WHITEAKER,

6  defendants herein, on or about May 10, 1999, in the County of

7  Sacramento, State and Eastern District of California, did knowingly

8  and intentionally manufacture at least 100 marijuana plants, and aid

9  and abet the manufacturing of marijuana plants, a Schedule I

10 controlled substance, in violation of Title 21, United States Code,

11 Section 841(a)(1), and Title 18, United States Code, Section 2.

12 COUNT THREE:    [18 U.S.C. § 924(c)(1)- Possession of a Firearm in
                   Furtherance of a Drug Trafficking Crime]

13     The Grand Jury further charges:  T H A T

14
                        ROBERT FRANKLIN WHITEAKER,
15

16 defendant herein, on or about May 10, 1999, in the County of

17 Sacramento, State and Eastern District of California, did knowingly

18 possess a firearm, to wit, a Stevens 20 gauge short-barreled

19 shotgun, Serial Number E409896, in furtherance of a drug trafficking

20 crime for which he may be prosecuted in a court of the United

21 States, to wit, conspiracy to manufacture marijuana, as alleged in

22 Count One above, and manufacturing of marijuana and aiding and

23 abetting, as alleged in Count Two above, which are hereby

24 incorporated by reference, in violation of Title 18, United States

25 Code, Section 924(c)(1).

26 ///

27 ///

28 ///

2

1    COUNT FOUR: [26 U.S.C. § 5861(d) - Possession of Short-Barreled
                 Shotgun]
2
         The Grand Jury further charges:  T H A T
3
                         ROBERT FRANKLIN WHITEAKER,
4

5    defendant herein, on or about May 10, 1999, in the County of

6    Sacramento, State and Eastern District of California, did knowingly

7    possess a firearm, to wit: a Stevens 20 gauge short-barreled

8    shotgun, Serial Number E409896, having a barrel length less than

9    eighteen inches, to wit, approximately twelve and one-half inches,

10   and having an overall length less than twenty-six inches, to wit,

11   approximately twenty inches, not registered to him in the National

12   Firearms Registration and Transfer Record, in violation of Title 26,

13   United States Code, Section 5861(d).

14

15                    A TRUE BILL.

16

17                                         FOREPERSON

18

19   JOHN K. VINCENT

20   United States Attorney

21

22

23

24

25

26

27

28

                                      3

AO 257
(Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

**BY**

| COMPLAINT | INFORMATION | X INDICTMENT |
| SUPERSEDING INFORMATION | SUPERSEDING |

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DIS . RICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA**

**OFFENSE CHARGED**

Conspiracy to Manufacture Marihuana;
Manufacturing of Marihuana, Aiding & Abetting

___ Petty
___ Minor
___ Misde-
    meanor
_X_ Felony

**DEFENDANT -- U.S. vs.**
▶ SHAWNA ROCHELLE WHITEAKER

Address { 7230 6th Street
          Rio Linda, CA

| Place of Offense | U.S.C. Citation |
| Sac. Co. | 21/846,841(a)(1); 21/841(a)(1), 18/2 |

| Birth Date | 01/12/62 | | Male | Alien |
| | | X | Female | (if applicable) |

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

PLACER COUNTY SHERIFF'S OFFICE

[X] this person is awaiting trial in another Federal or State Court, give name of court.

Placer Co. Superior Court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:

[ ] U.S. Att'y  [ ] Defense

} SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
n/a

Name and Office of Person
Furnishing information on

THIS FORM | DET. TRACY GRANT, Placer Co. SSO

| U.S. Att'y | Other U.S. Agency |

Name of Asst. U.S. Att'y (if assigned) | KENNETH J. MELIKIAN

### DEFENDANT

**IS _NOT_ IN CUSTODY**

1) [X] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges

2) [ ] Is a Fugivtive
3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [ ] On this charge
5) [ ] On another conviction [ ] Fed'l [ ] State
6) [ ] Awaiting trial on other charges If answer to (6) is "Yes", show name of institution

Has detainer been filed?
[ ] Yes    If "Yes"
[X] No     give date

| DATE OF ARREST ▶ | Mo. | Day | Year |

Or ... if arresting Agency & Warrant were not Federal

| DATE TRANSFERRED TO U.S. CUSTODY ▶ | Mo. | Day | Year |

[ ] This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

No arraignment date set. Notice to Appear requested.

CR.S- **01-0512 DFL**

AO 257 (Rev. 10/95)

PEP 18 U.S.C 3170

| DEFENDANT INFORMA | RELATIVE TO A CRIMINAL ACTION | U.S. DISTRICT COURT |
|---|---|---|

BY

[ ] COMPLAINT [ ] INFORMATION [X] INDICTMENT

[ ] SUPERSEDING INFORMATION [ ] SUPERSEDING

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

**OFFENSE CHARGED**

Conspiracy to Manufacture Marihuana;
Manufacturing of Marihuana, Aiding & Abetting;
Possession of a Firearm in Furtherance of a
Drug Trafficking Crime;
Possession of a Short-Barreled Shotgun

___ Petty
___ Minor
___ Misde-
    meanor
_X_ Felony

Place of Offense
Sac. Co.

U.S.C. Citation

21/846,841(a)(1); 21/841(a)(1), 18/2;
18/924(c)(1); 26/5861(d)

**DEFENDANT -- U.S. vs.**

► ROBERT FRANKLIN WHITEAKER

Address {
7230 6th Street
Rio Linda, CA

Birth
Date    11/18/60    _X_ Male    ___ Alien
                    ___ Female  (if applicable)

(Optional unless a juvenille)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

PLACER COUNTY SHERIFF'S OFFICE

[X] this person is awaiting trial in another Federal or State Court,
give name of court.

Placer Co. Superior Court

[ ] this person/proceeding is transferred from another district
per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:

[ ] U.S. Att'y    [ ] Defense

} SHOW
  DOCKET NO.

[ ] this prosecution relates to a pending
case involving this same defendant

[ ] prior proceeding or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

MAGISTRATE
CASE NO.
n/a

Name and Office of Person
Furnishing information on

THIS FORM

DET. TRACY GRANT, Placer Co. SSO

[ ] U.S.
    Att'y
[ ] Other U.S.
    Agency

Name of Asst. U.S. Att'y
(if assigned)    KENNETH J. MELIKIAN

**DEFENDANT**

IS *NOT* IN CUSTODY

1) [X] Has not been arrested, pending outcome this proceeding
       if not detained give date any prior summons
       was served on above charges

2) [ ] Is a Fugivtive

3) [ ] Is on Bail or Release from (show District)

IS IN CUSTODY

4) [ ] On this charge

5) [ ] On another conviction    [ ] Fed'l  [ ] State

6) [ ] Awaiting trial on other charges
       If answer to (6) is "Yes", show name of institution

Has detainer
been filed?    Yes    If
               "Yes"
        [X]    give
        No     date

DATE OF          Mo.    Day    Year
ARREST ►

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED    Mo.    Day    Year
TO U.S. CUSTODY ►

[ ] This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENT**

No arraignment date set; notice to appear requested.

CR.S- 01 - 0 5 1 2 DFL

No. _ _ _ _ _ _    _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### ROBERT FRANKLIN WHITEAKER, and
### SHAWNA ROCHELLE WHITEAKER,

## I N D I C T M E N T

**VIOLATIONS:** 21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to
Manufacture Marihuana; 21 U.S.C. § 841(a)(1), 18 U.S.C. § 2 -
Manufacturing of Marihuana, and Aiding and Abetting; 18 U.S.C.
§ 924(c)(1) - Possession of a Firearm in Furtherance of a Drug
Trafficking Crime; 26 U.S.C. § 5861(d)  Possession of a Short-
Barreled Shotgun

*A true bill,*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                                    *Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ _ , *A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                                    *Clerk.*

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

GPO 863 525

CR.S- **0 1 · 0 5 1 2 1**

AO 245B-CAED (Rev. 3/01) Sheet 1 - Judgme... in a Criminal Case

UNITED STATES MARSHAL

07 MAY 10 PM 12: 53 **United States District Court**

EASTERN DISTRICT OF CALIFORNIA

**Eastern District of California**

UNITED STATES OF AMERICA
v.
**ROBERT FRANKLIN WHITEAKER**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **2:01CR00512-001**

William Panzer
370 Grand Avenue, Suite 3
Oakland, CA 94610
Defendant's Attorney

**FILED**

NOV 15 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**THE DEFENDANT:**

[✔] pleaded guilty to counts: 1-2 of the Superseding Information .
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC 841(a)(1) | Manufacturing of Marijuana | 05/10/1999 | 1 |
| 26 USC 5861(d) | Possession of an Unregistered Short-Barreled Shotgun | 05/10/1999 | 2 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[✔] Counts 1 - 4 in Indictment are dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[✔] Appeal rights given.          [ ] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By _____
Deputy Clerk
Dated _____

11/02/2004
Date of Imposition of Judgment

Signature of Judicial Officer

**MORRISON C. ENGLAND, JR.**, United States District Judge
Name & Title of Judicial Officer

NOV 15 2004
Date

AO 245B-CAED (Rev. 3/04) Sheet 2 - Imprisonment

| CASE NUMBER: | 2:01CR00512-001 | Judgment - Page 2 of 6 |
|---|---|---|
| DEFENDANT: | ROBERT FRANKLIN WHITEAKER | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 18 months for Count 2, 6 months for Count 1, to be served concurrent for a total of 18 months .

[✔]  The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.
If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  5-4- 2007 _____  to _____ TCI-SCP _____

at  Taft, CA _____ , with a certified copy of this judgment.

Jeff Wrigley, Warden
UNITED STATES MARSHAL

By  Heidi Jordan Records
Deputy U.S. Marshal

CASE NUMBER:     2:01CR00512-001                                             Judgment - Page 3 of 6
DEFENDANT:       ROBERT FRANKLIN WHITEAKER

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months as to each of Counts 1 and 2, to be served concurrently for a total of 36 months.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔]    The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[ ]    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION
1)    the defendant shall not leave the judicial district without permission of the court or probation officer;
2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)    the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)    the defendant shall support his or her dependants and meet other family responsibilities;
5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)    the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)    the defendant shall refrain from excessive use of alcohol;
8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

CASE NUMBER:      2:01CR00512-001                                          Judgment - Page 4 of 6
DEFENDANT:        ROBERT FRANKLIN WHITEAKER

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall provide the probation officer with access to any requested financial information.

3. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

4. As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

5. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

6. As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient.)

7. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

8. The defendant shall register, as required in the jurisdiction in which he resides, as a drug offender.

AO 245B-CAED (Rev. 3/04)  Sheet 5 - Criminal Monetary Penalties

| CASE NUMBER: | 2:01CR00512-001 | Judgment - Page 5 of 6 |
| DEFENDANT: | ROBERT FRANKLIN WHITEAKER | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 200 | $ | $ |

[ ]   The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS:** | $ __ | $ __ | |

[]   Restitution amount ordered pursuant to plea agreement $ __

[ ]   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]       The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ]   The interest requirement is waived for the       [ ] fine       [ ] restitution

   [ ]   The interest requirement for the            [ ] fine   [ ] restitution is modified as follows:

\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CASE NUMBER:     2:01CR00512-001                                           Judgment - Page 6 of 6
DEFENDANT:       ROBERT FRANKLIN WHITEAKER

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   [] Lump sum payment of $ __ due immediately, balance due

       []   not later than __ , or
       []   in accordance with      [ ] C,   [ ] D,   [ ] E, or        [ ] F below; or

B   [✓]      Payment to begin immediately (may be combined with      [ ] C,   [ ] D, or [ ] F below); or

C   [] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D   [] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years), to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   [] Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   [] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[] Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[] The defendant shall pay the cost of prosecution.

[] The defendant shall pay the following court cost(s):

[] The defendant shall forfeit the defendant's interest in the following property to the United States:

CLOSED, PROB22_OUT

# U.S. District Court
# Eastern District of California - Live System (Sacramento)
# CRIMINAL DOCKET FOR CASE #: 2:01-cr-00512-MCE All Defendants
# Internal Use Only

Case title: USA v. Whiteaker, et al

Date Filed: 11/28/2001
Date Terminated: 11/02/2004

Assigned to: Judge Morrison
C. England, Jr

## Defendant (1)

**Robert Franklin Whiteaker**    represented by **Jan David Karowsky**
*TERMINATED: 11/02/2004*

716 19th Street
Suite 100
Sacramento, CA 95814-0710
916-447-1134
Email:
karowskylaw@sbcglobal.net
*TERMINATED: 06/15/2005*
*LEAD ATTORNEY*
*Designation: Retained*

**John Paul Balazs**
Law Office of John Balazs
916 2nd Street
Suite F
Sacramento, CA 95814
916-447-9299
Fax: (916) 557-1118
Email: john@balazslaw.com
*LEAD ATTORNEY*

I herby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court,
Eastern District of California
By_____
Deputy Clerk
Dated_____5-20-08

*ATTORNEY TO BE
NOTICED
Designation: CJA
Appointment*

**William G. Panzer**
Law Offices of William G
Panzer
370 Grand Avenue
Suite Three
Oakland, CA 94610
510-834-1892
Email:
wgpanzer@earthlink.net
*TERMINATED: 11/02/2004
LEAD ATTORNEY
ATTORNEY TO BE
NOTICED
Designation: Retained*

## Pending Counts

21:841A=MM.F
MANUFACTURING OF
MARIJUANA
(1s)

26:5861D.F POSSESSION
OF AN UNREGISTERED
SHORT-BARRELED
SHOTGUN
(2s)

## Disposition

Imprisonment of 6 mos as to
count 1; 18 mos as to count 2
to run concurrent to each
other for a total term of 18
mos; TSR 36 mos as to
counts 1-2; fine waived; S/A
$200.00 to be made
immediately

Imprisonment of 6 mos as to
count 1; 18 mos as to count 2
to run concurrent to each
other for a total term of 18
mos; TSR 36 mos as to
counts 1-2; fine waived; S/A
$200.00 to be made
immediately

, .

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 21:846=MM.F CONSPIRACY TO MANUFACTURE MARIJUANA (1) | dismissed |
| 21:841A=MM.F MANUFACTURING OF MARIJUANA AND 18:2 AIDING AND ABETTING (2) | dismissed |
| 18:924C.F POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICING CRIME (3) | dismissed |
| 26:5861D.F POSSESSION OF SHORT-BARRELE SHOTGUN (4) | dismissed |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Judge Morrison
C. England, Jr

## **Defendant (2)**

**Shawna Rochelle Whiteaker** represented by **Jan David Karowsky**

*TERMINATED: 11/02/2004*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: CJA*
*Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:4.F MISPRISION OF FELONY (3s) | Probation 36 mos with 180 days home detention; fine waived; S/A $100.00 |

## **Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846=MM.F CONSPIRACY TO MANUFACTURE MARIJUANA (1) | dismissed |
| 21:841A=MM.F MANUFACTURING OF MARIJUANA AND 18:2 AIDING AND ABETTING (2) | dismissed |

## **Highest Offense Level (Terminated)**

Felony

## Complaints

## Disposition

None

## Plaintiff

**USA**                                        represented by **Kenneth J. Melikian**
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814
916-554-2700
Email:
usacae.ecfsaccrm@usdoj.gov
*LEAD ATTORNEY
ATTORNEY TO BE
NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/28/2001 | 1 | INDICTMENT by US Attorney Kenneth Melikian Counts filed against Robert Franklin Whiteaker (1) count(s) 1, 2, 3, 4, Shawna Rochelle Whiteaker (2) count(s) 1, 2 (ndd) (Entered: 11/29/2001) |
| 11/28/2001 | 2 | NOTICE TO APPEAR arraignment set for 2:00 12/12/01 for Robert Franklin Whiteaker (ndd) (Entered: 11/29/2001) |
| 11/28/2001 | 3 | NOTICE TO APPEAR arraignment set for 2:00 12/12/01 for Shawna Rochelle Whiteaker (ndd) (Entered: 11/29/2001) |
| 12/04/2001 | 4 | RETURNED MAIL [2-1] (undeliverable as addressed, unable to forward) addressed to defendant Robert Franklin Whiteaker (ljr) (Entered: 12/05/2001) |

| 12/04/2001 | 5 | RETURNED MAIL [3-1] (undeliverable as addressed, unable to forward) addressed to defendant Shawna Rochelle Whiteaker (ljr) (Entered: 12/05/2001) |
|---|---|---|
| 12/12/2001 | 6 | NOTICE of hearing by counsel for Shawna Rochelle Whiteaker arraignment CONTINUED TO 2:00 12/14/01 for Robert Franklin Whiteaker, for Shawna Rochelle Whiteaker (cc: all counsel) (ar) (Entered: 12/13/2001) |
| 12/14/2001 | 7 | RECEIPT of passport #056331669 for defendant Shawna Rochelle Whiteaker Receipt # 1747 (ljr) (Entered: 12/14/2001) |
| 12/14/2001 | 8 | RECEIPT of passport for defendant Robert Franklin Whiteaker y #056330891 Receipt # 1748 (ljr) (Entered: 12/14/2001) |
| 12/14/2001 | 9 | MINUTES before Magistrate Judge Dale A. Drozd: dft Robert Franklin Whiteaker, Shawna Rochelle Whiteaker arraigned; NOT GUILTY pleas entered; Attorney William G Panzer, Jan David Karowsky present ; at the request of the parties, the matter is scheduled fo status conference on 01/17/02, before the Honorable David F. Levi; govt does not object to release on an unsecured bond with co-signatures; defense request release on O/R; the Court ordered dft Shawna Whiteaker released on a $25,000 unsecured bond and co-signed by another individual and filed with the court by 12/21/01; the court ordered dft Robert Whiteaker released on a $50,000 unsecured bond and co-signed by another individual and filed with the court by 12/21/01; if bond documents are in order and filed with the court prior to 12/21/01 the matter will be dropped from calendar; status hearing SET for 8:30 1/17/02 for Robert Franklin Whiteaker, for Shawna Rochelle Whiteaker; status of bond hearing SET for 2:00 12/21/01 for Robert Franklin Whiteaker, for Shawna Rochelle Whiteaker ; excludable T4 started |

| | | |
|---|---|---|
| | | for Robert Franklin Whiteaker, Shawna Rochelle Whiteaker start date: 12/14/01 end date: C/R ECRO (ar) (Entered: 12/17/2001) |
| 12/14/2001 | 10 | NOTICE TO DEFENDANT BEING RELEASED as to defendant Robert Franklin Whiteaker (ar) (Entered: 12/17/2001) |
| 12/14/2001 | 11 | NOTICE TO DEFENDANT BEING RELEASED as to defendant Shawna Rochelle Whiteaker (ar) (Entered: 12/17/2001) |
| 12/20/2001 | 12 | RELATED CASE ORDER by Chief Judge William B. Shubb ORDERING action denominated CR-S-01-512 DFL reassigned to Chief Judge William B. Shubb for all further proceedings; All documents filed in the reassigned case shall be shown as CR-S-01-512 WBS; Clerk shall make appropriate adjustment in the assignment of criminal cases to compensate for these reassignments (cc: all counsel) (pb) (Entered: 12/21/2001) |
| 12/20/2001 | 13 | UNSECURED APPEARANCE BOND ( $50,000) by Robert Franklin Whiteaker (ndd) (Entered: 12/21/2001) |
| 12/20/2001 | 14 | UNSECURED APPEARANCE BOND ( $25,000) by Shawna Rochelle Whiteaker (ndd) (Entered: 12/21/2001) |
| 12/21/2001 | | (Court only) Docket Modification (Utility Event) Case REASSIGNED to Chief Judge William B. Shubb NO DDLs VACATED (pb) (Entered: 12/21/2001) |
| 12/21/2001 | 15 | MINUTE ORDER by Courtroom Deputy S. Hoover: status hearing previously scheduled for 01/17/02 RESET TO 9:00 1/16/02 for Robert Franklin Whiteaker, for Shawna Rochelle Whiteaker (ar) (Entered: 12/21/2001) |
| 12/24/2001 | 16 | CJA Form 23 (Financial Affidavit) as to Shawna |

|  |  | Rochelle Whiteaker (hk) (Entered: 12/26/2001) |
|---|---|---|
| 12/24/2001 | 17 | CJA Form 20 (Attorney Payment Voucher) by Attorney Jan David Karowsky for Shawna Rochelle Whiteaker (hk) (Entered: 12/26/2001) |
| 01/16/2002 | 18 | MINUTES before Chief Judge William B. Shubb RE: Status Conference; Further status hearing SET for 9:00 3/6/02 for Robert Franklin Whiteaker, and Shawna Rochelle Whiteaker , excludable XT4 started for Robert Franklin Whiteaker, Shawna Rochelle Whiteaker start date: 1/16/02 end date: 3/6/02 C/R O'Halloran (lm) (Entered: 01/17/2002) |
| 01/16/2002 | 19 | WAIVER of Personal Appearance by defendant Robert Franklin Whiteaker (lm) (Entered: 01/17/2002) |
| 01/16/2002 | 20 | REQUEST by defendant Shawna Rochelle Whiteaker for excludable time declaration (lm) (Entered: 01/17/2002) |
| 03/06/2002 | 21 | STATUS REPORT by defendant Robert Franklin Whiteaker; AND... (pw) (Entered: 03/07/2002) |
| 03/06/2002 | 21 | ...REQUEST by defendant Robert Franklin Whiteaker for excludable time; affidavit of defense counsel (pw) (Entered: 03/07/2002) |
| 03/06/2002 |  | LODGED Document: proposed order excluding time (pw) (Entered: 03/07/2002) |
| 03/06/2002 | 22 | WAIVER of personal appearance by defendants Robert Franklin Whiteaker and Shawna Rochelle Whiteaker (mdp) (Entered: 03/07/2002) |
| 03/06/2002 | 23 | MINUTES before Chief Judge William B Shubb Further Status Hearing CONTINUED to 9:00 4/17/02 for defts Robert Franklin Whiteaker and Shawna Rochelle Whiteaker C/R Kelly O'Halloran (mm1) (Entered: 03/07/2002) |
| 04/17/2002 | 25 | NOTICE OF MOTION AND MOTION for disclosure |

| | | |
|---|---|---|
| | | of grand jury information by defendant Robert Franklin Whiteaker ; Memorandum of points and authorities; hearing set for 2:00 5/28/02 before the Honorable John F. Moulds (mdp) (Entered: 04/18/2002) |
| 04/17/2002 | 26 | MINUTES of Status Conference before Chief Judge William B. Shubb Further Status Conference SET for 9:00 5/29/02 for Robert Franklin Whiteaker, and Shawna Rochelle Whiteaker ; excludable E started for Robert Franklin Whiteaker, Shawna Rochelle Whiteaker start date: 4/17/02 end date: 5/29/02 C/R Kelly O'Halloran (lm) Modified on 04/19/2002 (Entered: 04/18/2002) |
| 04/18/2002 | <u>24</u> | ORDER by Chief Judge William B. Shubb; Hearing on defendants' Petition to Disclose Grand Jury Information SCHEDULED for 2:00 5/28/02 before Magistrate Judge Moulds for Robert Franklin Whiteaker and Shawna Rochelle Whiteaker; Status Conference SET for 9:00 5/29/02 for Robert Franklin Whiteaker, and Shawna Rochelle Whiteaker ; excludable T4 started for Robert Franklin Whiteaker, and Shawna Rochelle Whiteaker start date: 4/17/02 end date: 5/29/02 (cc: all counsel) (lm) (Entered: 04/18/2002) |
| 05/09/2002 | 27 | RESPONSE by plaintiff USA to motion for disclosure of grand jury information by defendant Robert Franklin Whiteaker [25-1] (old) (Entered: 05/10/2002) |
| 05/28/2002 | 28 | MINUTES before Magistrate Judge John F. Moulds RE: motion hearing; on calendar for the motion for disclosure of grand jury information by defendant Robert Franklin Whiteaker [25-1]; waivers on file for both dfts; matter dropped from calendar; C/R D Euler Tape 1/1 (old) (Entered: 05/29/2002) |
| 05/29/2002 | 29 | MINUTES before Chief Judge William B. Shubb RE: Status Conference; Dfts' Mot/Disclose grand jury information SET for 9:00 6/19/02 for Robert Franklin |

| | | Whiteaker and Shawna Rochelle Whiteaker before Judge Shubb C/R Kelly O'Halloran (lm) (Entered: 05/30/2002) |
|---|---|---|
| 06/04/2002 | 30 | REPLY by defendant Robert Franklin Whiteaker in SUPPORT Petition for disclosure of Grand Jury Information [25-1]; Declaration of Counsel; Exhibits (lm) Modified on 06/05/2002 (Entered: 06/05/2002) |
| 06/19/2002 | 31 | MINUTES before Chief Judge William B. Shubb RE: Status Conference; Dft Shawna Whiteaker joins in dft Robert Whiteaker's Motion for disclosure of grand jury information [25-1] DENIED except as indicated orally in open court; Govt to turn over any grand jury info by 6/28/02; Govt to turn over Brady material forthwith; Motions by 7/7/02; Oppositions by 8/7/02; Reply by 8/21/02; Motion hearing SET for 9:00 9/4/02 for Robert Franklin Whiteaker and Shawna Rochelle Whiteaker C/R Kelly O'Halloran (lm) (Entered: 06/20/2002) |
| 07/01/2002 | 32 | NOTICE OF MOTION AND MOTION for reconsideration of petition for disclosure of grand jury information by defendant Robert Franklin Whiteaker ; Declaration of counsel; Motion hearing not noticed (mdp) (Entered: 07/02/2002) |
| 07/10/2002 | 33 | MINUTE ORDER by CRD notifying parties that the Govt's opposition to dft's motion for reconsideration of petition for disclosures of grand jury information shall be filed by 7/17/02; Dft's reply shall then be filed by 7/24/02; the hearing on this motion is set for 7/31/02 before the Honorable William B Shubb (lm) (Entered: 07/11/2002) |
| 07/16/2002 | 34 | TRANSCRIPT of 6/19/02 hearing on Motion to Disclose Grand Jury Information as to defendants Robert Franklin Whiteaker and Shawna Rochelle Whiteaker by C/R Kelly O'Halloran (lm) (Entered: 07/17/2002) |
| | | |

| 07/17/2002 | 35 | RESPONSE by plaintiff USA to motion for reconsideration of petition for disclosure of grand jury information by defendant Robert Franklin Whiteaker [32-1] (lm) (Entered: 07/18/2002) |
|---|---|---|
| 07/31/2002 | 36 | MINUTES before Chief Judge William B. Shubb RE: status conference; dfts Robert Whiteaker and Shawna Whiteaker waived appearance; motion for reconsideration of petition for disclosure of grand jury information by defendant Robert Franklin Whiteaker [32-1] DENIED; motion ddl 10/2/02; motion hearing SET for 9:00 11/20/02 C/R K. O'Halloran (daw) (Entered: 08/01/2002) |
| 08/01/2002 | | (Court only) Docket Modification (Utility Event) pretrial motions filing ddl set for 10/2/02 for Robert Franklin Whiteaker and Shawna Rochelle Whiteaker; motion hearing set for 9:00 11/20/02 for Robert Franklin Whiteaker and Shawna Rochelle Whiteaker (daw) (Entered: 08/01/2002) |
| 08/09/2002 | 38 | NOTICE OF MOTION AND MOTION for discovery by defendant Robert Franklin Whiteaker ; Motion hearing set for 2:00 9/11/02 (ar) (Entered: 08/12/2002) |
| 08/10/2002 | 37 | ORDER by Chief Judge William B. Shubb case reassigned to Judge Morrison C. England Jr (cc: all counsel) (kb) (Entered: 08/10/2002) |
| 08/28/2002 | 39 | EX-PARTE MOTION to have dft brought before the court to consider amending or revoking the conditions of bail by USA as to Robert Franklin Whiteaker (hk) (Entered: 08/28/2002) |
| 08/28/2002 | | ARREST Warrant issued for Robert Franklin Whiteaker by Magistrate Judge Dale A. Drozd NO BAIL (hk) (Entered: 08/28/2002) |
| 08/28/2002 | 40 | OPPOSITION by plaintiff USA to motion for discovery by defendant Robert Franklin Whiteaker [38-1] (mdp) (Entered: 08/29/2002) |

| 09/06/2002 | 41 | ARREST Warrant returned executed as to defendant Robert Franklin Whiteaker; defendant arrested on 9/4/02 (nac) (Entered: 09/09/2002) |
|---|---|---|
| 09/09/2002 | 42 | REPLY by defendant Robert Franklin Whiteaker to govt's opposition to the motion for discovery by defendant Robert Franklin Whiteaker [38-1] (old) (Entered: 09/09/2002) |
| 09/09/2002 | 43 | PROBATION 22 documents received from Northern Dist CA 3-02-30286 JCS as to defendant Robert Franklin Whiteaker; removal hrg on 9/11/02 before DAD (ljr) (Entered: 09/10/2002) |
| 09/09/2002 | | (Court only) Docket Modification (Utility Event) re probation [43-1] probation revocation hearing set for 2:00 9/11/02 for Robert Franklin Whiteaker (ljr) (Entered: 09/10/2002) |
| 09/11/2002 | 44 | MINUTES before Magistrate Judge Dale A. Drozd of VIOLATION HEARING: motion for discovery by defendant Robert Franklin Whiteaker [38-1] SUBMITTED; court to issue written order; govt moved for detention of dft Robert Whitaker absent conditions of release; PTS not opposed to additional conditions of release; dft ordered to comply with all standard and special conditions of release; at the request of the govt, without objections, court excludes time for the entire period since the filing of the discovery mtoion through resolution of motion and for disposition of discovery motion pending before the Magistrate to 10/02/02; excludable E and T4 started for Robert Franklin Whiteaker start date: 08/09/02 end date: 10/02/02 ; C/R ECRO (ar) (Entered: 09/12/2002) |
| 09/11/2002 | 45 | RULE 40 Documents received from USDC - Northern District of CA as to Robert Franklin Whiteaker (mm1) (Entered: 09/12/2002) |
| 10/01/2002 | 46 | ORDER by Magistrate Judge Dale A. Drozd |

| | | |
|---|---|---|
| | | ORDERING that (1) the defendants' motion for discovery regarding selective prosecution [38-1] DENIED; and (2) the defendants' motion for discovery of evidence of vindictive prosecution GRANTED; discovery as indicated above shall be produced to counsel for the defendants within ten days of the filing date of this order (cc: all counsel) (ar) (Entered: 10/01/2002) |
| 10/04/2002 | 47 | NOTICE by plaintiff of request for reconsideration by the Magistrate Judge's ruling granting dft's discovery motion in part [46-1] (mdk) (Entered: 10/07/2002) |
| 10/08/2002 | 48 | MINUTE ORDER by CRD; Pltf's request for reconsideration by the District Judge of Magistrate Judge's ruling granting dfts' discovery motion in part [47-1] HEARING RESET FOR 8:30 11/19/02 (nac) (Entered: 10/09/2002) |
| 10/18/2002 | 49 | TRANSCRIPT of 09/11/02 hearing on motion for discovery as to defendant Robert Franklin Whiteaker by C/R Dona Euler (mdp) (Entered: 10/21/2002) |
| 10/22/2002 | 50 | MEMORANDUM OF POINTS AND AUTHORITIES in support of government's request for reconsideration by District Court of the Magistrate judge's ruling granting dfts' discovery motion in part by pltf (hk) (Entered: 10/23/2002) |
| 11/14/2002 | | LODGED order re hrg on motion by plaintiff USA (hk) (Entered: 11/15/2002) |
| 11/15/2002 | | LODGED order re hrg on motion by plaintiff USA (hk) (Entered: 11/18/2002) |
| 11/18/2002 | 51 | STIPULATION AND ORDER by Judge Morrison C. England Jr ORDERING pltf's request/motion for reconsideration [47-1] HEARING RESET FOR 8:30 1/7/03 for Robert Whiteaker, and Shawna Whitaker; dfts' response due 12/11/02, and pltf's reply due 12/23/02; XE started for Robert Franklin Whiteaker, |

| | | |
|---|---|---|
| | | Shawna Rochelle Whiteaker start date: 11/18/02 and end date: 1/7/03 (cc: all counsel) - (mdk) (Entered: 11/18/2002) |
| 01/21/2003 | 52 | MINUTES before Judge Morrison C. England Jr of hearing re pltf's request for reconsideration of the magistrate's ruling; court takes matter under submission; status hearing CONTINUED to 8:30 2/18/03 for dfts ; T4 started for both dfts start date: 1/21/03 end date: 2/18/03 ; C/R D Shepard (crf) (Entered: 01/22/2003) |
| 01/23/2003 | 53 | ORDER by Judge Morrison C. England Jr ORDERING that government's request for reconsideration is denied (cc: all counsel) (hk) (Entered: 01/23/2003) |
| 01/24/2003 | | LODGED order re status hrg by plaintiff USA (hk) (Entered: 01/27/2003) |
| 01/30/2003 | 54 | ORDER by Judge Morrison C. England Jr ORDERING status hearing SET for 8:30 2/18/03 for Robert Franklin Whiteaker, and Shawna Rochelle Whiteaker , XT4 started for both dfts start date: 1/30/03 - end date: 2/18/03 (cc: all counsel) (mdk) (Entered: 01/30/2003) |
| 02/11/2003 | 55 | ORDER by Magistrate Judge Dale A. Drozd ORDERING that pltf's request for an extension of time is GRANTED; pltf USA to comply w/the court's discovery order by 3/6/03 (cc: all counsel) (crf) (Entered: 02/11/2003) |
| 02/18/2003 | 56 | STIPULATION AND ORDER by Judge Morrison C. England Jr status hearing reset for 8:30 3/18/03 for Robert Franklin Whiteaker and Shawna Rochelle Whiteaker , T4 started for Robert Franklin Whiteaker, Shawna Rochelle Whiteaker start date: 2/18/03 end date: 3/18/03 (cc: all counsel) - (hk) (Entered: 02/18/2003) |

| 03/06/2003 | | LODGED request for extension of time by plaintiff USA (hk) (Entered: 03/07/2003) |
|---|---|---|
| 03/06/2003 | 57 | ORDER by Magistrate Judge Dale A. Drozd request for extension of time GRANTED govt may have until 3/7/03 to comply with the court's discovery order respond to the dft's motion for new trial in this matter (cc: all counsel) (daw) (Entered: 03/07/2003) |
| 03/07/2003 | | LODGED request for extenstion of time to comply with the court's discovery order by USA (mdk) (Entered: 03/10/2003) |
| 03/11/2003 | 59 | NOTICE OF MOTION AND MOTION for a protective order by USA as to defendants Robert Franklin Whiteaker and Shawna Rochelle Whiteaker hearing set for 9:00 3/18/03 (mdp) (Entered: 03/13/2003) |
| 03/11/2003 | | LODGED proposed order that the discovery materials provided to defense counsel pursuant to the court's 10/01/02 order and bearing dates stamp numbers 1065-1088 are to be viewed and used only by defense counsel William G. Panzer and Jan David Karowsky by plaintiff USA (mdp) (Entered: 03/13/2003) |
| 03/12/2003 | 58 | REQUEST FOR EXTENSION OF TIME TO COMPLY WITH COURT'S DISCOVERY ORDER AND ORDER by Magistrate Judge Dale A. Drozd ordering that the government may have until 03/18/03 to comply with the court's discovery order in this matter (cc: all counsel) (mdp) Modified on 03/13/2003 (Entered: 03/12/2003) |
| 03/13/2003 | 60 | RESPONSE by defendants Robert Franklin Whiteaker and Shawna Rochelle Whiteaker to motion for a protective order by USA [59-1] (mdp) (Entered: 03/14/2003) |
| 03/14/2003 | 61 | REPLY BRIEF by defendants Robert Franklin Whiteaker and Shawna Rochelle Whiteaker to motion |

| | | |
|---|---|---|
| | | for a protective order by USA [59-1] (mdp) (Entered: 03/17/2003) |
| 03/18/2003 | 62 | ORDER by Magistrate Judge Dale A. Drozd ordering that the discovery materials provided to defense counsel pursuant to the courts 10/01/02 order, and bearing date stamps numbers 1065-1088 are to be viewed and used only by defense counsel William G. Panzer and Jan David Karowsky to the extent necessary their legal staffs, and the defendants in this action; Defense counsel, their legal staffs and the defendants are ordered not to copy any of the aforementioned discovery except as necessary to the filing of motions with the court and are ordered not to share, in any way, any or all of the contents of the aforementioned discovery with any other individual or individuals absent further order of the court (cc: all counsel) (mdp) (Entered: 03/18/2003) |
| 03/18/2003 | 63 | MINUTES of Government's motion for before Magistrate Judge Dale A. Drozd; Motion for a protective order by USA [59-1] GRANTED; Proposed order signed with modifications as stated on the record in open court C/R Dona Euler, CD (mdp) (Entered: 03/18/2003) |
| 04/22/2003 | 64 | MINUTES before Judge Morrison C. England Jr RE: status hrg motions filing ddl set for 5/27/03; opposition by 6/24/03; reply by 7/11/03 for Robert Franklin Whiteaker for Shawna Rochelle Whiteaker; status hearing set for 8:30 7/22/03 for Robert Franklin Whiteaker, for Shawna Rochelle Whiteaker , T4 started for all dfts start date: 4/22/03 end date: 5/27/03 C/R D.Shepard (hk) (Entered: 04/23/2003) |
| 05/30/2003 | 65 | NOTICE OF MOTION AND MOTION to traverse warrant and suppress evidence by defendant Shawna Rochelle Whiteaker ; hrg set for 8:30 am 7/22/03; points and authorities in support thereof; exhibits (hk) |

| | | (Entered: 06/02/2003) |
|---|---|---|
| 05/30/2003 | 66 | NOTICE OF MOTION AND MOTION to dismiss counts by defendant Robert Franklin Whiteaker hearing set for 8:30 7/22/03; memorandum of points and authorities (hk) (Entered: 06/03/2003) |
| 05/30/2003 | 67 | NOTICE OF MOTION AND MOTION to dismiss indictment for violation of dfts' due process rights; memorandum of points and authorities in support thereof by defendants Robert Franklin Whiteaker and Shawna Rochelle Whiteaker ; hearing set for 8:30 7/22/03; SEALED by order on June 2, 2003 (hk) Modified on 06/03/2003 (Entered: 06/03/2003) |
| 06/02/2003 | 69 | ORDER sealing document #67 by Magistrate Judge Gregory G. Hollows (cc: all counsel) (hk) Modified on 06/03/2003 (Entered: 06/03/2003) |
| 06/02/2003 | 68 | EX PARTE MOTION to seal dfts' motion to dismiss indictment for violation of dfts' due process rights by USA as to Robert Franklin Whiteaker and Shawna Rochelle Whiteaker; hearing not noticed (hk) (Entered: 06/03/2003) |
| 06/05/2003 | 70 | TRANSCRIPT of 3/18/03 hearing on govt's motion for protective order as to defendant Robert Franklin Whiteaker, defendant Shawna Rochelle Whiteaker by C/R Dona Euler (daw) Modified on 06/09/2003 (Entered: 06/06/2003) |
| 06/06/2003 | 71 | JOINDER by dft Shawna Rochelle Whiteaker in Motion to Dismiss counts by dft Robert Franklin Whiteaker (mm1) Modified on 06/09/2003 (Entered: 06/09/2003) |
| 06/26/2003 | 72 | RESPONSE by plaintiff USA to motion to traverse warrant and suppress evidence by defendants [65-1] (hk) (Entered: 06/27/2003) |
| 06/27/2003 | 73 | MEMORANDUM of Points and Authorities by pltf |

| | | |
|---|---|---|
| | | USA in Opposition to Motion to Dismiss Indictment for violation of dfts' due process rights; Memorandum of Points and Authorities in support thereof by dfts Robert Franklin Whiteaker and Shawna Rochelle Whiteaker [67-1] (mm1) (Entered: 06/30/2003) |
| 06/30/2003 | 74 | OPPOSITION by pltf USA to motion to dismiss indictment for violation of dfts' due process rights; memorandum of points and authorities in support thereof by defendants Robert Franklin Whiteaker and Shawna Rochelle Whiteaker [67-1] (nac) (Entered: 07/01/2003) |
| 06/30/2003 | 75 | OPPOSITION by pltf USA to motion to dismiss counts by defendant Robert Franklin Whiteaker [66-1] (nac) (Entered: 07/01/2003) |
| 07/22/2003 | 76 | MINUTES before Judge Morrison C England Jr: Motions to Dismiss [67-1][66-1] by Robert Franklin Whiteaker & Shawna Rochelle DENIED Status Hearing held on 7/22/03 as to dfts Robert Franklin Whiteaker & Shawna Rochelle Whiteaker ; Motion to Traverse Warrant & Suppress Evidence by dft Shawna Rochelle Whiteaker [65-1] HEARING RE-SET FOR 8:30 8/12/03 - C/R Diane Shepard (mm1) (Entered: 07/23/2003) |
| 08/12/2003 | 77 | MINUTES before Judge Morrison C. England Jr evidentiary hearing set for 10:00 10/27/03 for dfts Robert Franklin Whiteaker, for Shawna Rochelle Whiteaker ; estimated 2-4 days evidentiary hrg; briefs to be filed by 9/22/03; oppo by 10/13/03; reply by 10/20/03 C/R D. Shepard (hk) (Entered: 08/13/2003) |
| 09/23/2003 | 78 | BRIEF re hearing pursuant to Franks vs Delaware by plaintiff USA (hk) (Entered: 09/24/2003) |
| 10/23/2003 | 79 | RESPONSE by defendant Robert Franklin Whiteaker to government's brief [78-1] (hk) (Entered: 10/24/2003) |
| 10/24/2003 | 80 | REPLY brief re hearing pursuant to Franks v. |

| | | Delaware by plaintiff USA [79-1] (hk) (Entered: 10/27/2003) |
|---|---|---|
| 10/27/2003 | 81 | MINUTES before Judge Morrison C. England Jr RE: evidentiary hrg Day 1; Tracey Grant sworn and testified; court adjourns until 10/28/03 at 1:30 pm; Det. Grant is ordered to return to continue with his testimony C/R D. Shepard (hk) (Entered: 10/28/2003) |
| 10/28/2003 | 82 | MINUTES before Judge Morrison C. England Jr regarding day 2 of evidentiary hearing; all parties and counsel present, direct testimony of Det Grant, dft's exhs M and N introduced, cross-examination of Det Grant, and re-direct of Det Grant; Mr Panzer advises the court of 3 witnesses he intends to call 10/31/03, the Court finds witnesses 2 and 3 not relevant; dfts request the subpoenas that Det Grant testifies to be turned over or that the govt state there's no such subpoenas in their possession; Court orders the subpoenas as to SMUD that are in Mr Melikian's possession be turned over; Court adjourned until 9:00 10/31/03; C/R Diane Shepard (mdk) (Entered: 10/29/2003) |
| 10/28/2003 | | (Court only) Docket Modification (Utility Event) per minutes [82-1] day 3 of evidentiary hearing CONTINUED TO 9:00 10/31/03 for Robert Franklin Whiteaker, and Shawna Rochelle Whiteaker (mdk) (Entered: 10/29/2003) |
| 10/31/2003 | 83 | POINTS & AUTHORITIES by defendants regarding Franks v Delaware Hearing (mm1) (Entered: 11/03/2003) |
| 10/31/2003 | 84 | MINUTES before Judge Morrison C England Jr re Evidentiary Hearing (Day 3): Court will CONTINUE with scheduled witnesses; Shawna Rochelle Whiteaker, Keven Besana, Ron Goodpaster, and Penny Miller sworn & testified; Mr Panzer's Request for Continuance DENIED; Exhibit AA introduced; Court taking judicial notice of CA Code 6245.16, Penal Code |

| | | |
|---|---|---|
| | | 1326.1, Utility Code 588 Sacramento Code Further Status Conference SET for 8:30 11/18/03 as to dfts Robert Franklin Whiteaker and Shawna Rochelle Whiteaker ; matter taken under SUBMISSION - C/R Diane Shepard (mm1) (Entered: 11/03/2003) |
| 11/18/2003 | 85 | MINUTES before Judge Morrison C. England Jr RE: status hrg status hearing reset for 8:30 1/6/04 for Robert Franklin Whiteaker and Shawna Rochelle Whiteaker , T4 started for Robert Franklin Whiteaker, Shawna Rochelle Whiteaker start date: 11/18/03 end date: 1/6/04 C/R D.Shepard (hk) (Entered: 11/19/2003) |
| 01/06/2004 | 86 | MINUTES before Judge Morrison C. England Jr RE: status hrg status hearing held on 1/6/04 as to defendant Robert Franklin Whiteaker, defendant Shawna Rochelle Whiteaker in-court hearing set for 8:30 3/9/04 for Robert Franklin Whiteaker, for Shawna Rochelle Whiteaker , T4 started for Robert Franklin Whiteaker, Shawna Rochelle Whiteaker start date: 1/6/04 end date: 1/30/04 C/R D. Shepard (hk) Modified on 02/24/2004 (Entered: 01/07/2004) |
| 01/26/2004 | 87 | MEMORANDUM AND ORDER by Judge Morrison C. England Jr: Motion to traverse warrant and suppress evidence by defendants Shawna Rochelle Whiteaker and Robert Whiteaker is [65-1] DENIED (cc: all counsel) (hk) (Entered: 01/26/2004) |
| 02/24/2004 | 88 | RESPONSE by plaintiff USA to dfts' motion to dismiss counts one and two of the indictment (hk) (Entered: 02/25/2004) |
| 03/09/2004 | 89 | MINUTES before Judge Morrison C. England Jr: Dfts' motion for reconsideration DENIED; Dft's motion for vindictive prosecution DENIED; Further status hearing SET for 8:30 3/30/04 for all dfts ; XT4 started for Robert Franklin Whiteaker, Shawna Rochelle Whiteaker start date: 03/09/04 end date: 03/30/04 C/R D Shepard (nac) (Entered: 03/10/2004) |

| | | |
|---|---|---|
| 03/17/2004 | 90 | TRANSCRIPT of 3/9/04 hearing on motion to dismiss as to defendant Robert Franklin Whiteaker, defendant Shawna Rochelle Whiteaker by C/R D. Shepard (hk) (Entered: 03/18/2004) |
| 03/30/2004 | 91 | MINUTES before Judge Morrison C. England Jr RE: status hrg; change of plea hearing set for 1:30 4/12/04 for Robert Franklin Whiteaker, for Shawna Rochelle Whiteaker , T4 started for Robert Franklin Whiteaker, Shawna Rochelle Whiteaker start date: 3/30/04 end date: 4/12/04 C/R D. Shepard (hk) (Entered: 03/31/2004) |
| 04/07/2004 | | LODGED stipulation and order to continue status hearing to 5/3/04 (mdk) (Entered: 04/08/2004) |
| 04/12/2004 | 92 | STIPULATION AND ORDER by Judge Morrison C. England Jr ORDERING status conference hearing CONTINUED to 11:00 AM 5/3/04 for dfts Robert Franklin Whiteaker and Shawna Rochelle Whiteaker ; XT4 started for Robert Franklin Whiteaker and Shawna Rochelle Whiteaker start date: 04/12/04 end date: 05/03/04 (cc: all counsel) - (pw) (Entered: 04/12/2004) |
| 05/03/2004 | 93 | SUPERSEDING Information as to Robert Franklin Whiteaker (1) count(s) 1s, 2s, Shawna Rochelle Whiteaker (2) count(s) 3s (bd) (Entered: 05/04/2004) |
| 05/03/2004 | 94 | WAIVER of indictment by defendant Shawna Rochelle Whiteaker (bd) (Entered: 05/04/2004) |
| 05/03/2004 | 95 | MEMORANDUM OF PLEA AGREEMENT as to Shawna Rochelle Whiteaker (bd) (Entered: 05/04/2004) |
| 05/03/2004 | 96 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Shawna Rochelle Whiteaker (bd) (Entered: 05/04/2004) |
| 05/03/2004 | 97 | MINUTES before Judge Morrison C. England Jr RE: |

| | | change of plea; change of plea hearing held on 5/3/04 as to defendant Shawna Rochelle Whiteaker ; dft waives grand jury indictment guilty plea entered by Shawna Rochelle Whiteaker (2) count(s) 3s ; pre-sentence report ordered; sentencing hearing set for 8:30 7/13/04 for Shawna Rochelle Whiteaker ; C/R D Shepard (bd) Modified on 05/04/2004 (Entered: 05/04/2004) |
|---|---|---|
| 05/03/2004 | 98 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Robert Franklin Whiteaker (bd) (Entered: 05/04/2004) |
| 05/03/2004 | 99 | WAIVER of indictment by defendant Robert Franklin Whiteaker (bd) (Entered: 05/04/2004) |
| 05/03/2004 | 100 | MEMORANDUM OF PLEA AGREEMENT as to Robert Franklin Whiteaker (bd) (Entered: 05/04/2004) |
| 05/03/2004 | 101 | MINUTES before Judge Morrison C. England Jr RE: change of plea; change of plea hearing held on 5/3/04 as to defendant Robert Franklin Whiteaker ; waiver of indictment; guilty plea entered by Robert Franklin Whiteaker (1) count(s) 1s, 2s ; pre-sentence report ordered; sentencing hearing set for 8:30 7/13/04 for Robert Franklin Whiteaker ; C/R D Shepard (bd) (Entered: 05/04/2004) |
| 07/13/2004 | 102 | NOTICE of hearing by USA sentencing hearing reset for 8:30 8/10/04 for Robert Franklin Whiteaker, for Shawna Rochelle Whiteaker (cc: all counsel) (hk) (Entered: 07/14/2004) |
| 07/27/2004 | 103 | TRANSCRIPT of 3/9/04 hearing on motion to dismiss by C/R D. Shepard (hk) (Entered: 07/27/2004) |
| 08/10/2004 | 104 | NOTICE of Hearing by USA Judgment & Sentencing Hearing CONTINUED to 9/28/04 for Robert Franklin Whiteaker and Shawna Rochelle Whiteaker (cc: all counsel) (mm1) (Entered: 08/11/2004) |
| | | |

| 09/24/2004 | 105 | EX PARTE MOTION to have dft brought before court to consider amending or revoking conditions of release as to Robert Franklin Whiteaker (bd) (Entered: 09/27/2004) |
|---|---|---|
| 09/24/2004 | | LODGED motion for stay of execution of sentence by defendant Shawna Rochelle Whiteaker (nac) (Entered: 09/27/2004) |
| 09/27/2004 | 106 | NOTICE of hearing by dfts: sentencing hearing RESET from 09/28/04 to 10/26/04 for Robert Franklin Whiteaker and Shawna Rochelle Whiteaker (cc: all counsel) (nac) (Entered: 09/28/2004) |
| 09/28/2004 | 107 | MINUTES before Magistrate Judge Gregory G. Hollows of pretrial release violation hearing; Violation of pretrial release hearing held ; violation of pretrial release hearing continued to 2:00 10/5/04 for Robert Franklin Whiteaker ; C/R CD 1 (bd) (Entered: 09/29/2004) |
| 10/05/2004 | 108 | MINUTES before Magistrate Judge Peter A. Nowinski of VIOLATION HEARING: Matter is on calendar on pltf's motion to revoke pre-trial release; Mr Melikian addressed the court representing that the dft has not left him any resort but to request that the dft be remanded to custody; Dft to remain on conditions as previously set; Motion [105-1] [39-1] was DENIED (pw) (Entered: 10/06/2004) |
| 10/22/2004 | 109 | SENTENCING memorandum regarding Robert Franklin Whiteaker (nac) (Entered: 10/25/2004) |
| 10/22/2004 | 110 | EX PARTE MOTION to have the dft brought before the court to consider amending or revoking the conditions of release by USA as to Robert Franklin Whiteaker (nac) (Entered: 10/25/2004) |
| 10/22/2004 | | ARREST Warrant issued for Robert Franklin Whiteaker by Magistrate Judge Peter A. Nowinski; NO BAIL (nac) (Entered: 10/25/2004) |

| 10/25/2004 | 111 | SENTENCING memorandum regarding Robert Franklin Whiteaker (nac) (Entered: 10/26/2004) |
| 10/26/2004 | | LODGED stipulation and proposed order to re-set date for judgment and sentencing to 11/02/04 and vacate date of 11/23/04 (nac) (Entered: 10/27/2004) |
| 10/26/2004 | 112 | MINUTES before Judge Morrison C England Jr: parties requested J & S to be continued; no objections Judgment & Sentencing Hearing RE-SET for 8:30 11/23/04 as to dfts Robert Franklin Whiteaker and Shawna Rochelle Whiteaker C/R Diane Shepard (mm1) (Entered: 10/27/2004) |
| 10/28/2004 | 113 | STIPULATION AND ORDER by Judge Morrison C. England Jr; judgment and sentencing hearing is re-set for 8:30 11/2/04 for dfts Robert Franklin Whiteaker and Shawna Rochelle Whiteaker (cc: all counsel) - (bd) (Entered: 10/28/2004) |
| 10/28/2004 | 114 | RULE 40 Documents received from USDC - Northern District of CA as to Robert Franklin Whiteaker (mm1) (Entered: 10/29/2004) |
| 10/29/2004 | 115 | ARREST Warrant returned executed as to defendant Robert Franklin Whiteaker defendant arrested on 10/22/04 (hk) (Entered: 11/01/2004) |
| 11/01/2004 | 116 | MINUTES before Magistrate Judge Dale A. Drozd of VIOLATION HEARING; dft present and in custody; record reflects no appearance on behalf of dft; matter passed; matter recalled; record reflects no appearance on behalf of dft counsel; court ordered dft detained pending further proceeding before Judge England; sentencing hearing SET for 8:30 11/2/04 for Robert Franklin Whiteaker ; appearance by Kenneth Melikian for AUSA; William Panzer not appearing (daw) (Entered: 11/02/2004) |
| 11/02/2004 | 117 | MINUTES before Judge Morrison C. England Jr RE: sentencing hrg sentencing Shawna Rochelle Whiteaker |

| | | |
|---|---|---|
| | | (2) count(s) 3s to Probation 36 mos with 180 days home detention; fine waived; S/A $100.00 , counts as to Shawna Rochelle Whiteaker (2) count(s) 1, 2 dismissed , terminating party Shawna Rochelle Whiteaker ; gov't moves to dismiss indictment, granted; C/R D. Shepard (hk) (Entered: 11/03/2004) |
| 11/02/2004 | | (Court only) Docket Modification (Utility Event) indictment/information [1-1] DISMISSED re minutes [117-4] (hk) (Entered: 11/03/2004) |
| 11/02/2004 | 118 | MINUTES before Judge Morrison C. England Jr RE: sentencing hrg sentencing Robert Franklin Whiteaker (1) count(s) 1s, 2s to Imprisonment of 6 mos as to count 1; 18 mos as to count 2 to run concurrent to each other for a total term of 18 mos; TSR 36 mos as to counts 1s-2s; fine waived; S/A $200.00 to be made immediately , terminating party Robert Franklin Whiteaker , case terminated , count 1, 2, 3, 4 dismissed , terminating defendant Robert Franklin Whiteaker C/R D. Shepard (hk) Modified on 11/03/2004 (Entered: 11/03/2004) |
| 11/02/2004 | | (Court only) Docket Modification (Utility Event) re minutes [118-6], indictment/information [1-1] DISMISSED counts as to Robert Franklin Whiteaker (1) count(s) 1, 2 , 3 dismissed (hk) (Entered: 11/03/2004) |
| 11/02/2004 | | (Court only) Docket Modification (Utility Event) re minutes [118-6] terminating defendant Shawna Rochelle Whiteaker defendant Robert Franklin Whiteaker case terminated (hk) (Entered: 11/03/2004) |
| 11/02/2004 | | (Court only) Docket Modification (Utility Event) re minutes [118-6] counts as to Robert Franklin Whiteaker (1) count(s) 4. dismissed (hk) (Entered: 11/03/2004) |
| 11/02/2004 | 122 | NOTICE of Appeal to 9th Circuit by defendant Robert |

| | | Franklin Whiteaker regarding [118-6] ( fee status not paid ) (hk) (Entered: 11/03/2004) |
|---|---|---|
| 11/02/2004 | | (Court only) (hk) (Entered: 12/13/2004) |
| 11/02/2004 | | (Court only) (hk) (Entered: 12/13/2004) |
| 11/03/2004 | 119 | MAILED case information/docket fee payment notice, copy of Notice of Appeal to 9th Circuit Court of Appeals, copy of appeal and docket sheet to all parties (hk) (Entered: 11/03/2004) |
| 11/03/2004 | 120 | BRIEFING SCHEDULE (cc: all counsel) (hk) (Entered: 11/03/2004) |
| 11/03/2004 | 121 | BILL FOR FEES DUE: $255.00 appeal fee due from Robert Franklin Whiteaker re: (hk) (Entered: 11/03/2004) |
| 11/04/2004 | 123 | NOTICE of Appeal to 9th Circuit by dft Shawna Rochelle Whiteaker re Judgment & Sentencing [117-4] (fee status CJA) (mm1) (Entered: 11/05/2004) |
| 11/05/2004 | | LODGED Document: MOITON FOR STAY OF EXECUTION OF SENTENCE lodged on 9/24/04 (NOT TO BE SIGNED PER JUDGE) (hk) (Entered: 11/05/2004) |
| 11/05/2004 | 124 | MAILED case information/docket fee payment notice, copy of Notice of Appeal to 9th Circuit Court of Appeals, copy of appeal and docket sheet to all parties (mm1) (Entered: 11/05/2004) |
| 11/05/2004 | 125 | BRIEFING SCHEDULE [123-1] (cc: all counsel) (mm1) (Entered: 11/05/2004) |
| 11/10/2004 | | APPEAL number information from 9th Circuit [123-1] Appeal Number 04-10598 (hk) (Entered: 11/12/2004) |
| 11/15/2004 | 126 | JUDGMENT and Commitment issued as to Robert Franklin Whiteaker by Judge Morrison C. England Jr (nac) (Entered: 11/16/2004) |
| | | |

| 11/15/2004 | 127 | JUDGMENT and Commitment issued as to Shawna Rochelle Whiteaker by Judge Morrison C. England Jr (nac) (Entered: 11/16/2004) |
| 11/15/2004 | 128 | RETURNED MAIL [0-1], [125-1], [124-1] addressed to counsel for dft Shawna Rochelle Whiteaker; RTS, no such number/street (nac) (Entered: 11/16/2004) |
| 11/19/2004 |  | APPEAL number information from 9th Circuit [123-1] Appeal Number 04-10619 (hk) (Entered: 11/22/2004) |
| 11/24/2004 | 129 | NOTICE OF MOTION AND MOTION for reconsideration of custody status of Robert Whiteaker by defendant Shawna Rochelle Whiteaker ; hearing set for 8:30 11/30/04 before Judge England (ak) (Entered: 11/29/2004) |
| 11/29/2004 | 130 | ADDENDUM to motion for reconsideration by defendant Shawna Rochelle Whiteaker [129-1] (hk) (Entered: 11/30/2004) |
| 11/29/2004 |  | LODGED stip and order for special appearance by defendant Shawna Rochelle Whiteaker (hk) (Entered: 11/30/2004) |
| 11/30/2004 | 132 | CJA FORM 20 COPY 4 (Appointment of Counsel) atty Karwosky appointed (hk) (Entered: 12/01/2004) |
| 11/30/2004 | 133 | MINUTES before Judge Morrison C. England Jr RE: hrg on motion; motion for reconsideration of custody status of Robert Whiteaker by defendant Shawna Rochelle Whiteaker [129-1] GRANTED; dft will be released for not more than 6 weeks; dft is ordered to self surrender on 1/17/04 at 2:00 pm C/R D. Shepard (hk) (Entered: 12/01/2004) |
| 11/30/2004 | 134 | LETTER to court from defendant Robert Franklin Whiteaker requesting to be released for 6 weeks (hk) (Entered: 12/01/2004) |
| 12/01/2004 | 131 | STIPULATION AND ORDER by Judge Morrison C. England Jr ORDERING that attorney Jan David |

| | | Karowsky may appear and represent dft Robert Franklin Whiteaker for the limited prupose of providing legal assistance on all aspects of the motion for reconsideration of his custody status (cc: all counsel) - (nac) (Entered: 12/01/2004) |
|---|---|---|
| 12/01/2004 | 136 | ORDER FOR RELEASE OF PERSON IN CUSTODY by Judge Morrison C. England Jr for Robert Franklin Whiteaker (hk) (Entered: 12/08/2004) |
| 12/02/2004 | | LODGED order re rlease of dft by defendant Robert Franklin Whiteaker (hk) (Entered: 12/03/2004) |
| 12/03/2004 | 135 | STIPULATION AND ORDER by Judge Morrison C. England Jr: US Marshall Services is ordered forthwith to return Robert Whiteaker to Sacramento to be held in custody temporarily at the Sacramento County Jail; upon Mr. Whiteaker's return he shall be release as soon as possible on or if necessary after 12/8/04 in the morning hours only after having spoken directly to a US Pre-Trial Services Officer; his new self-surrender date shall be on or before 1/24/05 (cc: all counsel) - (hk) (Entered: 12/03/2004) |
| 12/20/2004 | 137 | TRANSCRIPT DESIGNATION and Ordering Form for dates 10/27/03, 10/28/03, 10/31/03 re Appeal of defendant Shawna Rochelle Whiteaker [123-1] [123-1] (mm1) (Entered: 12/21/2004) |
| 12/28/2004 | 138 | CERTIFICATE OF RECORD transmitted to 9th Circuit [123-1] (notice sent) (hk) (Entered: 12/29/2004) |
| 12/28/2004 | 139 | TRANSCRIPT of 10/27/03 hearing on evidentiary hrg as to defendant Robert Franklin Whiteaker, defendant Shawna Rochelle Whiteaker by C/R D. Shepard (hk) (Entered: 12/29/2004) |
| 12/28/2004 | 140 | TRANSCRIPT of 10/28/03 hearing on evidentiary hrg as to defendant Robert Franklin Whiteaker, defendant Shawna Rochelle Whiteaker by C/R D. Shepard (hk) (Entered: 12/29/2004) |

| 12/28/2004 | 141 | TRANSCRIPT of 10/31/03 hearing on evidentiary hrg as to defendant Robert Franklin Whiteaker, defendant Shawna Rochelle Whiteaker by C/R D. Shepard (hk) (Entered: 12/29/2004) |
| 01/05/2005 | 142 | MOTION to MODIFY CONDITIONS of RELEASE by Robert Franklin Whiteaker. Motion Hearing set for 1/18/2005 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.. (Karowsky, Jan) (Entered: 01/05/2005) |
| 01/10/2005 | 143 | ORDER granting 142 Motion to Modify Conditions of Release as to Robert Franklin Whiteaker. Dft shall self surrender to the Bureau of Prisons by 2/7/05 at 2:00pm, subject to the terms and conditions of this order. Ordersigned by Judge Morrison C. England Jr. on 1/10/05. (Souvannarath, A) (Entered: 01/10/2005) |
| 01/28/2005 | 144 | MOTION to MODIFY CONDITIONS of RELEASE by Robert Franklin Whiteaker. Motion Hearing set for 2/1/2005 at 08:30 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.. (Karowsky, Jan) (Entered: 01/28/2005) |
| 01/28/2005 | 145 | ORDER granting motion to modify Robert Whiteaker's release order as to Robert Franklin Whiteaker 144 . Robert Franklin Whiteaker shall self surrender on or before February 28, 2005. All conditions upon which he has been released to this point remain in full force and effect. signed by Judge Morrison C. England Jr. on 1/28/05. (Souvannarath, A) (Entered: 01/28/2005) |
| 03/04/2005 | 146 | JUDGMENT RETURNED EXECUTED as to Robert Franklin Whiteaker on 02/28/05. (Cannarozzi, N) (Entered: 03/07/2005) |
| 06/09/2005 | 147 | ORDER of USCA (certified copy) as to Robert Franklin Whiteaker re 122 Notice of Appeal (CR): Motion for Leave to Proceed IFP / Appointment of Counsel is GRANTED. Clerk shall also serve copy of |